[This opinion has been published in *Ohio Official Reports* at 86 Ohio St.3d 587.]

THE STATE EX REL. GARRETT, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Garrett v. Indus. Comm.*, 1999-Ohio-185.]

*Workers' compensation—Court of appeals' judgment reversed and State ex rel. Gay relief ordered.*

(No. 98-2483—Submitted July 28, 1999—Decided September 22, 1999.)

APPEAL from the Court of Appeals for Franklin County, No. 97APD10-1322.

————————————

*Law Office of Thomas Tootle* and *Thomas Tootle*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Angela D. Marinakis*, Assistant Attorney General, for appellee.

————————————

{¶ 1} The judgment of the court of appeals is reversed. The cause is returned to the Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

————————————